**Earnings Summary**   Check# 1000403048

| Company | | |
| --- | --- | --- |
| A211 Buffington Family Medicine   (817) 431-9199 PLLC 121 Quest Court Keller, TX76248 | | |

| | | |
| --- | --- | --- |
| **From** | 06/02/2026 | |
| **To** | 06/15/2026 | |
| **Check Date** | 06/18/2026 | |

| Pay To | ID # | Location | Department | Division | Job Title | Class |
| --- | --- | --- | --- | --- | --- | --- |
| Joshua D Walls 109 Antler Ridge Ct Azle, TX 76087 (972) 839-2181 | 1079 | Default Location | Payroll | Default Division | | |

| Tax Setup | Status | Ex | Extra W/H |
| --- | --- | --- | --- |
| Federal Income Tax | Single | $0 | $0.00 |

| Pay | Rate | Quantity | Current | YTD | Benefits | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CommDrw | 500 | 1.00 | $500.00 | $3,000.00 | | | |
| | | | | | **Totals:** | $0.00 | $0.00 |
| **Totals:** | | 1.00 | $500.00 | $3,000.00 | | | |

| Taxes | Current | YTD | Time-Off Accrual | Used | Available |
| --- | --- | --- | --- | --- | --- |
| Federal Income Tax | $0.00 | $0.00 | | | |
| FICA Social Security | $31.00 | $186.00 | | | |
| FICA Medicare | $7.25 | $43.50 | | | |
| **Totals:** | $38.25 | $229.50 | | | |

| Deductions | Current | YTD | Notes |
| --- | --- | --- | --- |
| **Totals:** | $0.00 | $0.00 | |
| **Hours** | 0.00 | 0.00 | |
| **Net Pay** | $461.75 | $2,770.50 | |

| Direct Deposit (s) Made to | | |
| --- | --- | --- |
| Routing # | Account | Amount |
| 111000614 | ending in..5123 | $461.75 |

Check# 1000400110

**Earnings Summary**

| Company | | | | From | 05/19/2026 |
|---|---|---|---|---|---|
| A211 Buffington Family Medicine    (817) 431-9199 | | | | To | 06/01/2026 |
| PLLC | | | | Check Date | 06/05/2026 |
| 121 Quest Court | | | | | |
| Keller, TX76248 | | | | | |

| Pay To | | ID # | Location | Department | Division | Job Title | Class |
|---|---|---|---|---|---|---|---|
| Joshua D Walls | | 1079 | Default Location | Payroll | Default Division | | |
| 109 Antler Ridge Ct | | | | | | | |
| Azle, TX 76087 | | | **Tax Setup** | | **Status** | **Ex** | **Extra W/H** |
| (972) 839-2181 | | | Federal Income Tax | | Single | $0 | $0.00 |

| Pay | Rate | Quantity | Current | YTD | Benefits | | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| CommDrw | 500 | 1.00 | $500.00 | $2,500.00 | | | | |
| | | | | | **Totals:** | | $0.00 | $0.00 |
| **Totals:** | | 1.00 | $500.00 | $2,500.00 | | | | |

| Taxes | Current | YTD | Time-Off Accrual | Used | Available |
|---|---|---|---|---|---|
| Federal Income Tax | $0.00 | $0.00 | | | |
| FICA Social Security | $31.00 | $155.00 | | | |
| FICA Medicare | $7.25 | $36.25 | | | |
| **Totals:** | **$38.25** | **$191.25** | | | |

| Deductions | Current | YTD | Notes |
|---|---|---|---|
| **Totals:** | **$0.00** | **$0.00** | |
| **Hours** | 0.00 | 0.00 | |
| **Net Pay** | **$461.75** | **$2,308.75** | |

**Direct Deposit (s) Made to**

| Routing # | Account | Amount |
|---|---|---|
| 111000614 | ending in..5123 | $461.75 |

**Earnings Summary**

Check# 1000397261

| Company | | From | 05/05/2026 |
|---|---|---|---|
| A211 Buffington Family Medicine    (817) 431-9199 | | To | 05/18/2026 |
| PLLC | | Check Date | 05/22/2026 |
| 121 Quest Court | | | |
| Keller, TX76248 | | | |

| Pay To | ID # | Location | Department | Division | Job Title | Class |
|---|---|---|---|---|---|---|
| Joshua D Walls | 1079 | Default Location | Payroll | Default Division | | |
| 109 Antler Ridge Ct | | | | | | |
| Azle, TX 76087 | | **Tax Setup** | | **Status** | **Ex** | **Extra W/H** |
| (972) 839-2181 | | Federal Income Tax | | Single | $0 | $0.00 |

| Pay | Rate | Quantity | Current | YTD | Benefits | Current | YTD |
|---|---|---|---|---|---|---|---|
| CommDrw | 500 | 1.00 | $500.00 | $2,000.00 | | | |
| | | | | | **Totals:** | **$0.00** | **$0.00** |
| **Totals:** | | **1.00** | **$500.00** | **$2,000.00** | | | |

| Taxes | Current | YTD | Time-Off Accrual | Used | Available |
|---|---|---|---|---|---|
| Federal Income Tax | $0.00 | $0.00 | | | |
| FICA Social Security | $31.00 | $124.00 | | | |
| FICA Medicare | $7.25 | $29.00 | | | |
| **Totals:** | **$38.25** | **$153.00** | | | |

| Deductions | Current | YTD | Notes |
|---|---|---|---|
| **Totals:** | **$0.00** | **$0.00** | |
| **Hours** | **0.00** | **0.00** | |
| **Net Pay** | **$461.75** | **$1,847.00** | |

**Direct Deposit (s) Made to**

| Routing # | Account | Amount |
|---|---|---|
| 111000614 | ending in..5123 | $461.75 |

**Earnings Summary**                                                                    Check# 1000394826

| **Company** | | | **From** | 04/21/2026 |
|---|---|---|---|---|
| A211 Buffington Family Medicine    (817) 431-9199 | | | **To** | 05/04/2026 |
| PLLC | | | **Check Date** | 05/08/2026 |
| 121 Quest Court | | | | |
| Keller, TX76248 | | | | |

| **Pay To** | ID # | **Location** | **Department** | **Division** | **Job Title** | **Class** |
|---|---|---|---|---|---|---|
| Joshua D Walls | 1079 | Default Location | Payroll | Default Division | | |
| 109 Antler Ridge Ct | | | | | | |
| Azle, TX 76087 | | **Tax Setup** | | **Status** | **Ex** | **Extra W/H** |
| (972) 839-2181 | | Federal Income Tax | | Single | $0 | $0.00 |

| **Pay** | **Rate** | **Quantity** | **Current** | **YTD** | **Benefits** | **Current** | **YTD** |
|---|---|---|---|---|---|---|---|
| CommDrw | 500 | 1.00 | $500.00 | $1,500.00 | | | |
| | | | | | **Totals:** | $0.00 | $0.00 |
| **Totals:** | | 1.00 | $500.00 | $1,500.00 | | | |

| **Taxes** | **Current** | **YTD** | **Time-Off Accrual** | **Used** | **Available** |
|---|---|---|---|---|---|
| Federal Income Tax | $0.00 | $0.00 | | | |
| FICA Social Security | $31.00 | $93.00 | | | |
| FICA Medicare | $7.25 | $21.75 | | | |
| **Totals:** | $38.25 | $114.75 | | | |

| **Deductions** | **Current** | **YTD** | **Notes** |
|---|---|---|---|
| **Totals:** | $0.00 | $0.00 | |
| **Hours** | 0.00 | 0.00 | |
| **Net Pay** | $461.75 | $1,385.25 | |

| **Direct Deposit (s) Made to** | | |
|---|---|---|
| **Routing #** | **Account** | **Amount** |
| 111000614 | ending in..5123 | $461.75 |

**Earnings Summary**

Check# 1000391891

| Company | |
|---|---|
| A211 Buffington Family Medicine | (817) 431-9199 |
| PLLC | |
| 121 Quest Court | |
| Keller, TX76248 | |

| From | 04/07/2026 |
|---|---|
| To | 04/20/2026 |
| Check Date | 04/24/2026 |

| Pay To | ID # |
|---|---|
| Joshua D Walls | 1079 |
| 109 Antler Ridge Ct | |
| Azle, TX 76087 | |
| (972) 839-2181 | |

| Location | Department | Division | Job Title | Class |
|---|---|---|---|---|
| Default Location | Payroll | Default Division | | |

| Tax Setup | Status | Ex | Extra W/H |
|---|---|---|---|
| Federal Income Tax | Single | $0 | $0.00 |

| Pay | Rate | Quantity | Current | YTD |
|---|---|---|---|---|
| CommDrw | 500 | 1.00 | $500.00 | $1,000.00 |
| **Totals:** | | **1.00** | **$500.00** | **$1,000.00** |

| Benefits | Current | YTD |
|---|---|---|
| **Totals:** | **$0.00** | **$0.00** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA Social Security | $31.00 | $62.00 |
| FICA Medicare | $7.25 | $14.50 |
| **Totals:** | **$38.25** | **$76.50** |

| Time-Off Accrual | Used | Available |
|---|---|---|

| Deductions | Current | YTD |
|---|---|---|
| **Totals:** | **$0.00** | **$0.00** |

**Notes**

| | Current | YTD |
|---|---|---|
| **Hours** | **0.00** | **0.00** |
| **Net Pay** | **$461.75** | **$923.50** |

**Direct Deposit (s) Made to**

| Routing # | Account | Amount |
|---|---|---|
| 111000614 | ending in..5123 | $461.75 |

**Earnings Summary**

| **Company** | | | |
|---|---|---|---|
| A211 Buffington Family Medicine | (817) 431-9199 | | |
| PLLC | | | |
| 121 Quest Court | | | |
| Keller, TX76248 | | | |

| | |
|---|---|
| **From** | 03/24/2026 |
| **To** | 04/06/2026 |
| **Check Date** | 04/10/2026 |

| **Pay To** | **ID #** |
|---|---|
| Joshua D Walls | 1079 |
| 109 Antler Ridge Ct | |
| Azle, TX 76087 | |
| (972) 839-2181 | |

| **Location** | **Department** | **Division** | **Job Title** | **Class** |
|---|---|---|---|---|
| Default Location | Payroll | Default Division | | |

| **Tax Setup** | **Status** | **Ex** | **Extra W/H** |
|---|---|---|---|
| Federal Income Tax | Single | $0 | $0.00 |

| **Pay** | **Rate** | **Quantity** | **Current** | **YTD** |
|---|---|---|---|---|
| CommDrw | 500 | 1.00 | $500.00 | $500.00 |
| **Totals:** | | 1.00 | $500.00 | $500.00 |

| **Benefits** | **Current** | **YTD** |
|---|---|---|
| **Totals:** | $0.00 | $0.00 |

| **Taxes** | **Current** | **YTD** |
|---|---|---|
| Federal Income Tax | $0.00 | $0.00 |
| FICA Social Security | $31.00 | $31.00 |
| FICA Medicare | $7.25 | $7.25 |
| **Totals:** | $38.25 | $38.25 |

| **Time-Off Accrual** | **Used** | **Available** |
|---|---|---|

| **Deductions** | **Current** | **YTD** |
|---|---|---|
| **Totals:** | $0.00 | $0.00 |

**Notes**

| | **Current** | **YTD** |
|---|---|---|
| **Hours** | 0.00 | 0.00 |
| **Net Pay** | $461.75 | $461.75 |

**Direct Deposit (s) Made to**

| Routing # | Account | Amount |
|---|---|---|
| 111000614 | ending in..5123 | $461.75 |