Certificate Number: 17572-TXN-DE-041315165

Bankruptcy Case Number: 26-43343



17572-TXN-DE-041315165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 11, 2026</u>, at <u>6:31</u> o'clock <u>PM PDT</u>, <u>Joshua Dean Walls</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   <u>August 11, 2026</u>          By:     <u>/s/Judy Alexander</u>

Name:  <u>Judy Alexander</u>

Title:  <u>Counselor</u>