United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-43343-mxm
Joshua Dean Walls Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Nov 05, 2026 Form ID: 318 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Dean Walls, 156 Lila Blue Lane, Van Alstyne, TX 75495-3077 |
| 23450807 | + | Amy Smith, 4420 W Vickery Blvd Ste. 200, Fort Worth, TX 76107-6257 |
| 23450809 | | Attorney General/Child Support Division, Attn: Bankruptcy, PO Box 12017, Austin, TX 78711-2017 |
| 23450816 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23450819 | + | Fort Worth Independent School District, 7060 Camp Bowie Blvd, Fort Worth, TX 76116-7119 |
| 23450822 | + | JDW Energy, LLC, 2109 Clear Lake Rd. Ste. 400, Weatherford, TX 76087-7976 |
| 23450823 | + | Jodi Lynn Walls, 615 Wyndham Cir, Keller, TX 76248-8281 |
| 23450826 | + | Nekilee Hughes, 3024 Gunnison Trail, Fort Worth, TX 76116-5002 |
| 23450828 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23450829 | + | Rogers, Morris & Grover, L.L.P., 5718 Westheimer Rd. Ste. 1200, Houston, TX 77057-5704 |
| 23450831 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | Nov 06 2026 01:55:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| 23450805 | + | Email/PDF: bncnotices@becket-lee.com | Nov 05 2026 21:55:14 | American Express National Bank, PO Box 96001, Los Angeles, CA 90096-8000 |
| 23450806 | + | Email/PDF: bncnotices@becket-lee.com | Nov 05 2026 21:54:41 | Amex, PO Box 650448, Dallas, TX 75265-0448 |
| 23450808 | ^ | MEBN | Nov 05 2026 21:33:32 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23450810 | + | EDI: TSYS2 | Nov 06 2026 01:55:00 | Barclays, PO Box 1337, Philadelphia, PA 19105 |
| 23450811 | + | Email/Text: ljalovec@belaw.com | Nov 05 2026 21:49:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23450812 | + | EDI: CAPITALONE.COM | Nov 06 2026 01:55:00 | Capital One, 1680 Capital One Drive, Mclean, VA 22102-3407 |
| 23450813 | + | EDI: JPMORGANCHASE | Nov 06 2026 01:55:00 | Chase Bank, 270 Park Ave, New York, NY 10017-2070 |
| 23450814 | + | EDI: CITICORP | Nov 06 2026 01:55:00 | Citigroup Inc., 388 Greenwich Street, New York, NY 10013-2362 |
| 23450815 | + | Email/Text: Collections@myconsumers.org | Nov 05 2026 21:48:00 | Consumers Credit Union, 300 N Field Dr.,, Lake Forest, IL 60045-2513 |
| 23450817 | | EDI: DISCOVER | Nov 06 2026 01:55:00 | Discover, PO Box 30945, Salt Lake City, UT 84130 |
| 23450818 | + | EDI: DISCOVER | Nov 06 2026 01:55:00 | Discovercard, PO Box 30939, Salt Lake City, UT |

| | | | | |
|---|---|---|---|---|
| | | | | 84130-0939 |
| 23450820 | + | EDI: PHINAMERI.COM | Nov 06 2026 01:55:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 23450821 | + | EDI: IRS.COM | Nov 06 2026 01:55:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23450824 | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 05 2026 21:49:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23450825 | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 05 2026 21:49:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23450827 | + | Email/Text: emccain@pbfcm.com | Nov 05 2026 21:48:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23450830 | | Email/Text: pacer@cpa.state.tx.us | Nov 05 2026 21:50:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23450832 | + | Email/Text: bcd@oag.texas.gov | Nov 05 2026 21:47:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23450833 | + | Email/Text: collections.pacer@twc.texas.gov | Nov 05 2026 21:50:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23450834 | + | Email/Text: bankruptcynotices@sba.gov | Nov 05 2026 21:46:00 | U.S. Small Business Administration, 409 Third St. Sw,, Washington Dc, DC 20024-3212 |
| 23450835 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Nov 05 2026 21:49:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Finan |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Joshua Dean Walls clayton@norredlaw.com |

| | |
|---|---|
| | clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joshua Dean Walls<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–3833<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–43343–mxm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua Dean Walls
aka Joshua Dean Walls Sr

11/4/26

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**